UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
Case Number: 17-14076-CIV-MARTINEZ-MAYNARD

PATRICIA KENNEDY, individually,
    Plaintiff,

vs.

OYSTER BAY/POINT CONDOMINIUM
ASSOCIATION, INC.,
    Defendant.
_____/

## FINAL ORDER APPROVING AND ENTERING CONSENT DECREE AND DISMISSING CASE

THIS CAUSE came before the Court upon the parties' Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice [ECF No. 15]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The Consent Decree [ECF No. 15], in the form filed with the Court is **APPROVED** and **ENTERED**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree.

2. The above-styled cause be and the same is hereby **DISMISSED with prejudice**.

3. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of July, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record